# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Encompass Insurance Company

                Plaintiff(s)

v.

Samsung Electronics America, Inc.

                Defendant(s)

CASE No C 4:19-cv-01296-HSG

**STIPULATION AND ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  Mediation with Rachel Ehrlich (Judicate West)

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: 8/20/2019      /s/ Amanda R. Stevens
                               Attorney for Plaintiff

Date: 8/20/2019      /s/ Dennis J. Rhodes
                               Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 8/22/2019      Haywood S. Gilliam Jr.
                              U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-15-2019