| | |
|---|---|
| 1 | Eric M. Schroeder, Esq. (SBN 153521) |
| | emschroeder@calsubro.com |
| 2 | Amanda R. Stevens, Esq. (SBN 252350) |
| | astevens@calsubro.com |
| 3 | Matthew H. Green, Esq. (SBN 307214) |
| | mgreen@calsubro.com |
| 4 | SCHROEDER LOSCOTOFF LLP |
| | 7410 Greenhaven Drive, Ste. 200 |
| 5 | Sacramento CA 95813 |
| | T: (916) 438-8300 |
| 6 | F: (916) 438-8306 |
| 7 | Attorney for Plaintiff |
| | ENCOMPASS INSURANCE COMPANY |
| 8 | Donald P. Eichhorn, Esq. (SBN 139863) |
| | Donald.eichhorn@wilsonelser.com |
| 9 | Dennis J. Rhodes, Esq. (SBN 168417) |
| | Dennis.rhodes@wilsonelser.com |
| 10 | WILSON, ELSER, MOSKOWITZ, |
| | EDELMAN & DICKER LLP |
| 11 | 525 Market Street, 17th Floor |
| | San Francisco CA 94105 |
| 12 | T: (415) 433-0990 |
| | F: (415) 434-1370 |
| 13 | |
| 14 | Attorneys for Defendant |
| | SAMSUNG ELECTRONICS AMERICA, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ENCOMPASS INSURANCE COMPANY | ) | Case Number: 4:19-cv-01296-HSG |
| | ) | |
| Plaintiff(s), | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC. | ) | **FRCP Rule 41(a)(1)(A)(ii)** |
| | ) | Hon. Haywood S. Gilliam, Jr. |
| Defendant(s). | ) | |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff, Encompass Insurance Company ("Plaintiff"), and defendant Samsung Electronics America, Inc. ("SEA"), through their respective counsel of record, that pursuant to Rule 41(a)(1)(A)(ii) of the

Page **1**

2325753v.1

Federal Rules of Civil Procedure, the complaint on file herein is hereby dismissed with prejudice as to all parties and all claims, the parties having resolved this matter in its entirety. Each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED:

                                    SCHROEDER LOSCOTOFF LLP

Dated: January 16 , 2020       */S/ Amanda R. Stevens*

                                    Eric M. Schroeder
                                    Amanda R. Stevens
                                    Matthew H. Green
                                    Counsel for Plaintiff
                                    ENCOMPASS INSURANCE COMPANY

                                    WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP

Dated: January 16, 2020       */S/ Dennis Rhodes*

                                      Donald P. Eichhorn
                                    Dennis J. Rhodes
                                    Counsel for Defendant
                                    SAMSUNG ELECTRONICS AMERICA, INC.

## **ORDER**

Having reviewed the Stipulation in this matter and for good cause appearing, this matter is hereby dismissed, with prejudice. Each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED:

Dated: 1/17/2020

                                    HON. HAYWOOD S. GILLIAM, JR.
                                    UNITED STATES DISTRICT JUDGE

2325753v.1